COLUMBUS DRY GOODS COMPANY, Respondent, *v.* GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant.

*Columbus Dry Goods Co.* v. *Globe & R. F. Ins. Co.,* 142 App. Div. 561, affirmed.

(Submitted June 13, 1912; decided June 29, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

February 8, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover upon a binder of fire insurance.

*Charles D. Cleveland* and *Frederick T. Kelsey* for appellant.

*Chester A. Jayne* for respondent.

Judgment affirmed, with costs, on opinion of INGRAHAM, P. J., below.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and COLLIN, JJ. Absent: HISCOCK, J.